# Exhibit A

**WILLIAM J. OLSON, P.C.**
ATTORNEYS AT LAW

370 MAPLE AVENUE WEST, SUITE 4

VIENNA, VIRGINIA 22180-5615

TELEPHONE (703) 356-5070

FAX (703) 356-5085

E-MAIL: wjo@mindspring.com

http://www.lawandfreedom.com

WILLIAM J. OLSON
(VA, D.C.)

HERBERT W. TITUS
(VA OF COUNSEL)

JEREMIAH L. MORGAN
(D.C., CA ONLY)

ROBERT J. OLSON
(VA, D.C.)

114 CREEKSIDE LANE
WINCHESTER, VA 22602-2429
TELEPHONE (540) 450-8777
FAX (540) 450-8771

July 17, 2019
By email to foiamail@atf.gov

Bureau of Alcohol, Tobacco, Firearms & Explosives
Attn: Disclosure Division/Room 4E.301
99 New York Avenue NE
Washington, D.C.  20226

      Re:    FREEDOM OF INFORMATION ACT (FOIA) REQUEST
               of Gun Owners of America

Dear Sirs:

      We represent Gun Owners of America ("GOA"), and submit this Freedom of Information Act ("FOIA") request on its behalf to the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF").

      GOA is a nonprofit social welfare organization exempt from federal income tax under section 501(c)(4) of the Internal Revenue Code.  GOA's tax-exempt mission and purposes include educating the public and conducting activities in defense of the Second Amendment and the right to keep and bear arms.  GOA's principal office is located at 8001 Forbes Place, Suite 202, Springfield, Virginia 22151.  (For further information on GOA, please see https://gunowners.org.)

**Record Request**

      Pursuant to the FOIA, 5 U.S.C. section 552, we hereby request copies of records within the possession or control of ATF relating to or describing the existence of any ATF personnel or employees who are ATF law enforcement agents or ATF Special Agents, possessing arrest powers along with authority to carry a badge and a gun, and who are also trained or cross-trained as Industry Operations Investigators (IOIs), and/or possess credentials from ATF's regulatory side.

      Specifically, we seek records including descriptions of programs, official permissions, any existing lists of agents who also possess IOI credentials, any training materials, policies, procedures, or manuals.  We do not seek records such as employment records on specific ATF employees.

2

Separately, we seek any permissions, policies, procedures, or manuals pertaining to any ATF law enforcement agents or ATF Special Agents' use of IOI credentials, such as in an undercover capacity, even though they are not, in fact, IOIs.

We request strict adherence to the statutory deadline of 20 working days.

Please mail the documents to the following address:

>   Robert J. Olson, Esquire
>   William J. Olson, P.C.
>   370 Maple Ave W., Suite 4
>   Vienna, VA 22180-5615

**Fee Waiver Request**

We request that the search, review, and copying fees be waived as provided under section 5 U.S.C. § 552(a)(4)(A) and 28 CFR 16.10(k). GOA is a nonprofit organization seeking the requested documents to educate the public on a matter of great public importance, by releasing information that — in addition to contributing to public understanding on the workings of government — may have great effect on substantive policy discussions relating to the exercise of citizens' rights under the Second Amendment.

The fees should be waived because release of the requested documents is in the public interest, and the requested information is likely to contribute significantly to public understanding of the operations or activities of the government. Additionally, the records sought by GOA are likely to contribute significantly to public understanding of the operations or activities of the government.

The release of the requested documents is not primarily for any commercial interest or purpose, including any commercial interest of GOA. GOA intends to disseminate to the general public, free of charge, any important information it obtains as a result of this request.

If GOA's waiver request is denied, we would appreciate an estimate of the costs involved in procuring any of the requested documents if such costs exceed $250. If the costs do not exceed $250, however, we do not need an estimate, and we will guarantee payment.

All of these factors, in addition to the nature of our simple request, lead us to request that the 20-day response time imposed by 5 U.S.C. § 552(a)(6)(A)(i) and 28 CFR 16.6(b) be adhered to strictly. We look forward to hearing from you within 20 business days.

3

Thank you for your prompt attention to this request.

Sincerely yours,

Robert J. Olson

RJO:ls

cc:     Gun Owners of America