UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., <br>    *Plaintiff*, <br><br>    v. <br><br> BUREAU OF ALCOHOL, TOBACCO, <br> FIREARMS & EXPLOSIVES, <br>    *Defendant*. | Civil Action No. 20-0045 (TJK) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Johnny Walker as counsel for Defendant the Bureau of Alcohol, Tobacco, Firearms & Explosives.

Dated: February 6, 2020

Respectfully submitted,

 /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar # 991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendant*