# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GUN OWNERS OF AMERICA, INC., ) ) ) )  Plaintiff, ) ) v. ) ) BUREAU OF ALCOHOL, ) TOBACCO, FIREARMS & ) EXPLOSIVES, ) ) Defendant. ) ) | Civil Docket No. 20-45-TJK |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Gun Owners of America, Inc. hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant.

Dated: February 27, 2020

Respectfully submitted,

*/s/ Robert J. Olson*
Robert J. Olson
(D.C. Bar No. 1029318)
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue, West, Suite 4
Vienna, VA  22180-5615
703-356-5070 (telephone)
wjo@mindspring.com

*Counsel for Plaintiff*